THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | : |  |
| Decker Construction Co. | : |  |
| Plaintiff, | : | Case No.   2:18-cv-00727 |
| vs | : | Judge Marbley |
| Wesex Corporation, et al., | : | Magistrate Judge Deavers |
| Defendants. |  |  |

### **ENTRY OF DEFAULT**

It appears that the Defendant, Wesex Corporation, is in default, having failed to plead or

otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a)

of the Federal Rules of Civil Procedure, Default is hereby entered against Defendant, Wesex

Corporation,   on this 20th day of August, 2018.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio


By: /s/ Jodi L. Keener_____
    Jodi L. Keener, Deputy Clerk