# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DECKER CONSTRUCTION CO.,** | : | |
| Plaintiff, | : | Case No. 2:18-cv-00727 |
| -vs- | : | JUDGE ALGENON L. MARBLEY |
| **WESEX CORPORATION, et al.,** | : | MAGISTRATE JUDGE ELIZABETH P. DEVERS |
| Defendants. | : | |

## STIPULATION EXTENDING PLAINTIFF DECKER CONSTRUCTION CO.'S TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT CCL LABEL, INC.'S COUNTERCLAIM

Pursuant to Local Rule 6.1, and by agreement of the parties, Plaintiff Decker Construction Co. ("Decker") and Defendant CCL Label, Inc. ("CCL") hereby stipulate that Decker may have an additional eleven (11) days, until September 14, 2018, to answer or otherwise respond to CCL's Counterclaim (Doc. No. 6). No prior stipulated extensions have been requested by Decker, or granted to Decker, to respond to CCL's Counterclaim.

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan Korinko | /s/ Daniel O. Culicover |
| Jonathan Korinko (0088407) | Daniel O. Culicover (0092575) |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Patrick A. Devine (0022919) |
| 200 Public Square, Suite 2300 | ICE MILLER LLP |
| Cleveland, OH  44114-2378 | 250 West Street |
| (216) 363-4500; Fax: (216) 363-4588 | Columbus, OH  43215 |
| Email: jkorinko@beneschlaw.com | (614) 462-2700; Fax:  (614) 462-5135 |
| | Email: Patrick.devine@icemiller.com |
| | Email: Daniel.culicover@icemiller.com |
| Attorney for Defendant CCL Label, Inc. | Attorneys for Plaintiff Decker Construction Co. |

CO\5912493.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Daniel O. Culicover*
                                              Daniel O. Culicover, Esq.