**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **DECKER CONSTRUCTION CO.,** | |
| **Plaintiff,** | Case No. 2:18-cv-727 |
| v. | JUDGE ALGENON L. MARBLEY |
| **WESEX CORPORATION**, *et. al.*, | Magistrate Judge Deavers |
| **Defendants.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the September 18, 2018 Order the Court **GRANTED** the Motion for Default Judgment. This action is **DISMISSED.**

Date:  September 18, 2018                Richard W. Nagel, Clerk

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk