### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **DECKER CONSTRUCTION CO.,** | : | |
| | : | **Case No. 2:18-cv-727** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Deavers** |
| **WESEX CORPORATION,** *et. al.,* | : | |
| | : | |
| **Defendants.** | : | |

### ORDER VACATING JUDGMENT

The Clerk's Judgment entered on September 19, 2018 [Doc. 24] is hereby VACATED.

Default Judgment is entered only against Defendant Wesex, all other remaining claims against the

remaining Defendants are still pending.

**IT IS SO ORDERED.**


 s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**


**DATED: September 19, 2018**

1