UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Decker Construction Co., | : | |
| Plaintiff | : | Case No.   2:18-cv-0727 |
| vs | : | Judge Marbley |
| Wesex Corporation, et al.. | : | Magistrate Judge Deavers |
| Defendants. | | |

**ENTRY OF DEFAULT**

It appearing that the Third Party Defendant, Gregory Koledin, and Cross Defendant, Wesex Corporation are in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against these parties on this 20th day of September 2018.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/Eduardo Rivera
Eduardo Rivera, Deputy Clerk