IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DECKER CONSTRUCTION CO.,**

        **Plaintiff,**           Case No. 2:18-cv-00727

-vs-                              JUDGE ALGENON L. MARBLEY

**WESEX CORPORATION, et al.,**      MAGISTRATE JUDGE ELIZABETH P. DEAVERS

        **Defendants.**

## AFFIDAVIT OF RYAN P. SHERMAN

I, Ryan P. Sherman, hereby state as follows:

1.     I am licensed to practice law in the State of Ohio, admitted to practice before this Court, and a partner with the law firm of Porter Wright Morris & Arthur LLP. I am Trial Attorney for Third-Party Defendant Mark Schrader in this case.

2.     I submit this affidavit in support of the Motion to Withdraw as Counsel for Third-Party Defendant Mark Schrader (the "Motion"). I am competent to testify and the statements herein are based on my personal knowledge and belief.

3.     Porter Wright Morris & Arthur LLP and I (collectively, "Counsel") have represented Mr. Schrader since the Third-Party Complaint was filed against him.

4.     On or around January 16, 2019, Mr. Schrader informed Counsel that he wished to end his attorney-client relationship with Counsel and proceed either with substitute counsel or *pro se* in the above-referenced matter. Counsel provided Mr. Schrader with a full explanation of the consequences of Counsel's withdrawal and contact information for a number of attorneys competent to represent him. Subsequently, Mr. Schrader informed Counsel that he wished to proceed *pro se* and provided informed consent to Counsel's withdrawal.



EXHIBIT A

5. Accordingly, for good cause shown, Counsel moved this Court for an order to withdraw as counsel of record for Mr. Schrader.

6. All client papers in Counsel's possession are organized and ready to be delivered to Mr. Schrader upon Counsel's withdrawal.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Ryan P. Sherman

STATE OF OHIO        )
                     ) SS:
COUNTY OF FRANKLIN   )

Sworn to before me and subscribed in my presence this 27th day of March, 2019, by Ryan P. Sherman.

Demetrio F. Josef
Notary Public State of Ohio
Commission expires February 23, 2023

_____
NOTARY PUBLIC, State of Ohio